MARTIN et al., Respondents, v. BAY DREDGING & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Action by Ralph F. Martin and another, copartners, etc., against the Bay Dredging & Contracting Company. No opinion. Judgment and order re-

versed, and new trial granted, costs to abide the event, unless within 20 days plaintiffs stipulate to reduce the verdict to the sum of $3,381.98, in which event the judgment, as modified, and the order, are unanimously affirmed, without costs.